STATE, REUBEN F. HARRIOTT PROSECUTOR, PLAINTIFF IN ERROR, v. MAYOR AND COMMON COUNCIL OF THE CITY OF NEWARK, DEFENDANTS IN ERROR.

In error to the Supreme Court.

For the plaintiff in error, *C. Borcherling*.

For the defendants in error, *H. Young*.

THE CHANCELLOR.    There is no error in the judgment of the Supreme Court, and it should be affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, KNAPP, MAGIE, PARKER, SCUDDER, VAN SYCKEL, CLEMENT, COLE, DODD, GREEN—11.

*For reversal*—None.